IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HARRY A. JOHNSON, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:19-cv-1102 (AJT/MSN) |
| UNITED STATES, *et al.*, | ) |
| *Defendants*. | ) |

## ORDER

In this 42 U.S.C. § 1983 case, filed in the United States District Court for the District of Maryland, placed under seal [Doc. No. 4], and then transferred to this Court. [Doc. Nos. 4, 5], the Court has determined that there are insufficient grounds for maintaining the case under seal. Accordingly, it is hereby

**ORDERED** that the docket is unsealed.

The Clerk is directed to forward copies of this Order to all counsel of record. The Clerk is further directed to unseal the docket.

Alexandria, Virginia
January 27, 2025

/s/
Anthony J. Trenga
Senior United States District Judge